JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States of America

**E-FILED**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>      Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> PAUL CARINGAL, ) <br> ) <br>      Defendant. ) <br> _____ ) | CR No.: 09-mj-70013 PVT <br><br> STIPULATION AND [PROPOSED] <br> ORDER EXCLUDING TIME |

     On January 6, 2009, defendant was charged in a criminal complaint and was arraigned on the complaint. A preliminary hearing was set for January 26, 2009. On January 7, 2009, undersigned defense counsel was appointed to represent defendant. At the appearance on January 7, 2009, defense counsel requested that this Court vacate the preliminary hearing date and set a status conference for February 5, 2009. The parties further stipulated and, defendant specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from January 7, 2009, to and including February 5,

Stipulation and [Proposed] Order
CR No.: 09-mj-70013 PVT

1  2009. This Court accordingly agreed to extend the time for a preliminary hearing, taking into
2  account the public interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).
3  The parties agree that – taking into account the public interest in prompt disposition of criminal
4  cases – good cause exists for this extension. The parties agree that granting the continuance is
5  necessary for effective preparation of defense counsel, taking into account the exercise of due
6  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice
7  served by granting such a continuance outweighs the best interests of the public and the
8  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
9  IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

12  DATED: January 9, 2009            \s\
                                      ALLISON MARSTON DANNER
13                                    Assistant United States Attorney

15  DATED: January 9, 2009            \s\
                                      JERRY Y. FONG
                                      Attorney for Paul Caringal

17  For the reasons stated above, the Court finds that exclusion of time from January 7, 2009
18  through February 5, 2009 is warranted and that the ends of justice served by the continuance
19  outweigh the best interests of the public and the defendant in a speedy trial and prompt
20  disposition of criminal cases. See 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d). Failure
21  to grant the requested continuances would deny defendant reasonable time necessary for effective
22  preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(B)(iv).

25  IT IS SO ORDERED.
26  DATED: 1/13/09
                                      THE HON. PATRICIA V. TRUMBULL
                                      United States Magistrate Judge

Stipulation and [Proposed] Order
CR No.: 09-mj-70013 PVT