JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-0910
  FAX: (408) 535-5066
  Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 09-mj-70013 PVT |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [xxxxxxxxxxxx |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| PAUL CARINGAL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     On January 6, 2009, defendant was charged in a criminal complaint and was arraigned on the complaint. A preliminary hearing was set for January 26, 2009. On February 5, 2009, the parties appeared for a status conference. The parties requested a further status date of April 2, 2009 in order to facilitate a pre-indictment resolution of this matter. The parties further stipulated and, defendant specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from February 5, 2009, to and including April 2, 2009. This Court accordingly agreed to extend the time for a preliminary

Stipulation and [Proposed] Order
CR No.: 09-mj-70013 PVT

1  hearing, taking into account the public interest in the prompt disposition of criminal cases. Fed.
2  R. Crim. P. 5.1(d). The parties agree that – taking into account the public interest in prompt
3  disposition of criminal cases – good cause exists for this extension. The parties agree that
4  granting the continuance is necessary for effective preparation of defense counsel, taking into
5  account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also
6  agreed that the ends of justice served by granting such a continuance outweighs the best interests
7  of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 13, 2009              _____\\s\\_____
                                    ALLISON MARSTON DANNER
                                    Assistant United States Attorney

DATED: March 13, 2009              _____\\s\\_____
                                    JERRY Y. FONG
                                    Attorney for Paul Caringal

For the reasons stated above, the Court finds that exclusion of time from February 5, 2009 through April 2, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and prompt disposition of criminal cases. *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d). Failure to grant the requested continuances would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: March 16, 2009

*Patricia V. Trumbull*

THE HON. XXXXXXXXXXXXXXXX
United States Magistrate Judge

Stipulation and [Proposed] Order
CR No.: 09-mj-70013 PVT